**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  vs.                                    **CASE NO.:  2:17-cr-18
JUDGE GEORGE C. SMITH
MAGISTRATE JUDGE KING**

**OSCAR DELGADO-FLORES,**

    **Defendant.**

## ORDER

On February 15, 2017, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant's plea of guilty to Counts One and Two of the Information charging him with conspiracy to possess with intent to distribute more than 100 grams of heroin, in violation of 21 U.S.C. §§ 841 and § 846, and illegal reentry following removal by an alien convicted of an aggravated felony, in violation of 8 U.S.C. § 1326(a), (b).

Defendant, represented by counsel, waived his right to appear on the matter before a District Judge.  The Magistrate Judge conducted the colloquy required by Rule 11 of the Federal Rules of Criminal Procedure.  Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure.  Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS** Defendant's pleas of guilty to Counts One and Two of the Information.  Defendant is hereby adjudged guilty of conspiracy to possess with intent to distribute more than 100 grams of heroin, in violation of 21 U.S.C. §§ 841 and § 846, and illegal reentry following removal by an alien convicted of an aggravated felony, in violation of 8 U.S.C. § 1326(a), (b).

**IT IS SO ORDERED.**

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**